# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 12-3030

———————————————————

United States of America, for the use and benefit of Triple S Alarm Co., Inc.

*Plaintiff - Appellant*

v.

Westfield Insurance Company

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

——————————

Submitted: April 9, 2013
Filed: April 12, 2013
[Unpublished]

——————————

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

Triple S Alarm Co., Inc., appeals from the judgment of the District Court[1] denying its motion for attorney fees and a penalty under Arkansas law or attorney fees

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

under the Equal Access to Justice Act, 28 U.S.C. § 2412(b), in Triple S's suit under the Miller Act, 40 U.S.C. § 3131.  After careful de novo review of the record, <u>see</u> <u>United States v. Brummels</u>, 15 F.3d 769, 771 (8th Cir. 1994), and having considered the parties' submissions on appeal, we agree with the District Court that Triple S was not entitled to the relief that it sought for the reasons explained in the court's opinion.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____